# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 1279, 1321** |

## ORDER EXTENDING TIME TO EFFECTUATE SERVICE OF PROCESS IN CERTAIN ADVERSARY PROCEEDINGS

Upon the motion (the "Motion")[2] of the PCT Litigation Trust for entry of an order (this "Order") extending the time to effectuate service of process through and including February 10, 2026 in the adversary proceedings listed on **Exhibit 1** hereto, as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and Article 12 of the Plan; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

---

[1] The debtors in the Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528) (collectively, the "Debtors" or "Prime"). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. PCT's deadline to serve a summons and complaint in each of the Adversary Proceedings listed on **Exhibit 1** hereto is hereby extended through and including February 10, 2026.

3. Entry of this Order shall be without prejudice to PCT's right to seek a further extension of the time to serve summonses and complaints in the Adversary Proceedings.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. PCT is authorized to take all actions necessary to implement the relief granted in this Order.

6. The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**Dated: November 7th, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

# EXHIBIT 1

## Adversary Proceedings

| Adv. Proc. No. | Defendant(s) |
|---|---|
| 25-51190 | Pinttosoft LLC |
| 25-51200 | Crescent Financial, Inc.; Crescent Save LLC |
| 25-51289 | Nexxdi OTC, Limited |
| 25-51352 | Solidus Advisors, Ltd.; Liquid Latam, Ltd. |
| 25-51599 | BKR International KB |
| 25-51854 | Collective Ventures Holdings LLC |
| 25-51855 | Kbit Global Limited |
| 25-51945 | Stillman Digital, Inc. f/k/a Stillman Digital LLC; DeFi Technologies, Inc. |
| 25-51946 | Liquidity Technologies Ltd.; CoinFLEX US LLC |
| 25-51947 | Coinbits, Inc. |
| 25-51975 | Yuchen "Justin" Sun; Polo Digital Assets LTD |
| 25-51978 | Wyre Payments, Inc., RockWallet, LLC, and Does 1–100 |
| 25-51994 | Project Midas, Inc. d/b/a Orum, and Does 1-100 |
| 25-52003 | TargetLine OÜ d/b/a PING Settle Network |
| 25-52018 | Fuad Janajri; Robert Gloff |
| 25-52019 | Jaime Abisai Merino Martinez |
| 25-52020 | Luis Monge Malo; Hans Michael McElroy |
| 25-52021 | Jenkins Gomez; CJ Invesmet and Trust LLC; JTSIB Group LLC; Teletracer Movil LLC |
| 25-52022 | Billy Womack |
| 25-52023 | Alphaflow Inc.; FSFM Holdings LLC; Ramping Technology LLC |
| 25-52025 | APR Travel Services Inc; Jose G Ibrahim Achi |
| 25-52027 | Patricia Murphy Bailey; Karen D Blackhurst; Circle Internet Financial LLC; Frank M De Franze; Florencio Eiranova; Emily Fridman; Charles |

| Adv. Proc. No. | Defendant(s) |
|---|---|
|  | Hartley Gafvert; Tobias Michael Gallegos; Joshua Goldbard; Robert R Hurd; Raymond Klostermann; Jason Lin; Suny Parker; Maureen H Rose; Ashley Dawn Robinson; Cheng Wang; David Logan Yarian |
| 25-52028 | Hikmet Ozkilic |
| 25-52029 | CrossTower Inc; CrossTower Bermuda Ltd; GC Exchange A/S; Spartan Trading LLC; and Chris Vennemeyer |
| 25-52030 | Lithic Inc.; SnapPays Mobile Inc d/b/a Papaya Payments |
| 25-52032 | Axcess Limited; DAT TRADING SEZC; Jonathan Groot; Johnathan Ly; Kyle Miller; James Kostro; Veronica Margarita Del Corral |
| 25-52033 | Blocktown Technology Limited; Capital Union Bank; Ti Wei Chen; Yu Shin Chen; Xu Chenning; Kajornsart Chotipanjarat; Coda Lab Ltd; Jana Clarene Cruz Fabros; Raymond Ryan Fabros; Xueyan Fan; Georgi Georgiev; Jen Hao Wang; Tzu-Yun Huang; Huobi Global Limited; Kbit Global Limited; Yang Le; Seungjae Lee; Chengbo Li; Yi-Chen Lin; Chun Lok Lau; Ma Mingguo; Toby Rainthorpe; SCCAC Co Ltd; Siam Commercial Bank PCL; Signature Trust Management PTE Ltd; Spparts Tech Inc; Tongbao LLC; Matthew Vader; Hsuanju Wang; Li Wangjian; Xin Xie; Xie Yijun; Zhu Yinfeng; Yu Zhang; Yuanjie Zhang |
| 25-52047 | Jordan Applegate; William Bartlett; Brian Jacob Bilnoski; Block M Angels, LLC; Randall Boll; Blake Bretz; Gustavo Santucho Brinkman; Christopher Brugler; Mario Adrian Burdman; George Burguillos; John Byrde; Brian Cameron; Daniel Claps; Daniel Clark; CRI Holdings, LLC; Downey Vendors Inc; Jillian Dressel; Fad Tech LLC; Fee; Tanner Fielding; Fortress Trust LLC; Dylan Garland; Guilherme Amado Cerqueira Gomes; Stephen Gray; Jonathan Guez; Alexander Harris; Philip Herzog; Zachary Hollinshead; Mary Holtzman; Imperial Plaza, LLC; Kelly Inatomidebotoun; Constance Aslinger Jacobs; Elijah Jerjerian; Christopher Johnson; Daniel Johnson; Linda Keller; Jared Kelly; Reeran Kim; KME LLC; Benjamin Koppenhoefer; Faris Mali; Tucker Michael McGrath; Charles Avant Miller IV; Mojo Dialing Solutions, LLC; Darragh Monaghan; James Noto; Brian Overly; Timothy Parker; Elizabeth Parrish; Walter Patterson; David Pera; Port 8333 Holdings Inc.; QuickieCoin NJ LLC; Kara Rasmussen; David Ratcliffe; Aubyi Rekieh; Roseberry Funeral Home, Inc.; Aldes Joseph Rozas III; Idalia Rychlik; Martin Saenz; Pedro Serra; Jeremy Showalter; Shanthi Sivanandham; Dean Smith; Pavle Stojkovic; Cranford Stoudemire; David Strause; The Cody Harris Experience LLC.; Timberland Holdings, LLC; Jason Todt; Jonathan Towers; Dr. Louis Van Graan; Nicholas Vlahos; Mykola Vrutsky; Vann Walters; James Wikso; Ronald Williams |
| 25-52050 | Circle Internet Financial LLC |

| Adv. Proc. No. | Defendant(s) |
|---|---|
| 25-52052 | Huobi Global Limited; Augustech LLC; Golden Siv Technology Limited; Silvermine Ocean Limited |
| 25-52053 | Beneficiary Pershing LLC |
| 25-52054 | Apexpost Limited; Crystal Frozen Seafoods Ltd; DLOCAL Ltd; Drake Maritime Corporation Ltd; Eurofish Trading AG; First Class Trading Sal Offshore; GMI Capital Partners; Infobip Ltd; J Marr (Seafoods) Limited; Jaykal Exports DMCC; McKlapton Inc.; Mixtech Plants Limited; Norebo Hong Kong Limited; Ocean Lord Ltd; Chinedu Okpala; O-Tree (Off Shore) Sal; Parlevliet and van der Plas; Prax Petroleum Limited; Sean Ward (Fish Exports) Limited; Seven Up Bottling Company |
| 25-52059 | ADVSAT, Agriculture and Energy Carriers SA; Arsan Kimya Sanay; Branza 1800 CA LLC; Comercializadora E Importadora AB LLC; Comercializadora El Verdugo LLC; Exclusividades Vagu S L, GD Midea Air-Conditioning Equipment; Golden GDG LLC; Hebei Chengxin Co Ltd; Henan Xingyang Mining Machinery; Inversiones LT Import LLC; Jose Cabral Camara; Latinamerican Art LLC; Milbot SA de CV; Morichal Corp; Mutlu Makarnacilik Sanayi Ve; N2 Chemical USA Inc; OPKO Health Asiatic Limited; Paksel Kimya San Ve TIC A S; Peca Group LLC; Raed Abib Habib; Ruazgold LLC; Uniclima Proyectos C A; Yanet Nasser Nasser; Yoly Cordero KVV LLC |
| 25-52062 | AC Holding Limited; Apex Crypto LLC; B2C2 Overseas Ltd; Backed Assets GmbH; Blinqpay Corp; Cumberland DRW LLC; JSCT Hong Kong Limited; Leatherback Ltd; M2 Trust Services LLC; Zeux Ltd |
| 25-52063 | Christian Lenk; 34 Vansco Rd a/k/a Augusto Pinho d/b/a ADP Direct Poultry |
| 25-52064 | B2C2 USA Inc.; Buckzy Payments Inc.; Fortress Trust LLC; Noodle Brush Ltd |
| 25-52370 | Enigma Securities, Ltd.; Makor Securities London Ltd. |

3